## HEWLETT v. BEEDE et al.*

### Sac. No. 1405; February 26, 1906.

#### 83 Pac. 1089.

**Court of Appeals—Transfer of Cause to Supreme Court.—**A petition to transfer a cause from the court of appeal to the supreme court, filed more than ten days after the judgment in the former court became final, will be stricken from the files.

Action by Samuel Hewlett against W. M. S. Beede and others. Plaintiff petitions to transfer the cause from the court of appeal to the supreme court. Petition stricken from files.

PER CURIAM.—It appearing that on February 10, 1906, the clerk of this court inadvertently filed the petition of the appellant herein for an order transferring the cause for hearing from the third district court of appeal to the supreme court, and that said date was more than ten days after the judgment in the said district court of appeal became final therein, it is therefore now ordered that said petition be stricken from the files of this court.